In the Matter of the Claim of HENRY O. MARKS, Appellant, v. FREEMAN BUS CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in a memorandum by Reynolds, J.

In the Matter of MICHAEL SCARDACCIONE, Petitioner, v. JAMES E. ALLEN, JR., as Commissioner of Education, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.